# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER T. PHELPS, #B-82750,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 07-029-DRH** |
| ) | |
| **DONALD A. HULICK,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff's motion for production of documents (Doc. 5). The Court has not yet completed its preliminary review of the complaint, *see* 28 U.S.C. § 1915A, and Defendants have not yet been served with the complaint. Therefore, this motion is premature, *see* FED.R.CIV.P. 34, 37, and it is **DENIED** without prejudice.

**IT IS SO ORDERED.**

**DATED:   February 26, 2007.**

/s/    David   RHerndon
**DISTRICT JUDGE**